# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter, Susan P. | Western District of Pennsylvania | 09/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge/FT | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
17 South Park Row
Room A 280
Erie, PA 16501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Dramashop, Erie, PA |
| 2. | Board Member | Erie Arts and Culture, Erie, PA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▨▨▨▨▨ - Salary & Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Trial Advocacy College | 01/06/2019 to 01/10/2019 | Charlottesville, VA | instructor for program | Room & Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | PNC Bank, N.A. | Portfolio Line of Credit | K |
| 3. | Bank of America | Credit Card | J |
| 4. | Chase | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baxter, Susan P.** | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   PNC Bank Checking/Money Market Accounts | A | Interest | L | T | | | | | |
| 2.   Navy Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3.   PA Tuition Account 529 - Guaranteed Savings Plan | | None | J | T | | | | | |
| 4.   ▓▓▓▓▓▓ , City of Erie, Erie County, PA | E | Rent | K | W | | | | | |
| 5.   ▓▓▓▓▓▓ , City of Erie, Erie County, PA | D | Rent | K | W | | | | | |
| 6.   U.S. Savings Bonds - Series EE Bonds | A | Interest | J | T | Sold (part) | 12/30/19 | J | | |
| 7.   PNC WM ACCOUNTS: (H) | | | | | | | | | |
| 8.   - Harding Loevner International Equity (HLMIX) | A | Dividend | J | T | Sold (part) | 09/05/19 | J | A | |
| 9.   - IShares MSCI Emerging Markets ETF (EEM) | A | Dividend | J | T | Sold (part) | 04/16/19 | J | B | |
| 10. | | | | | Sold (part) | 11/22/19 | J | A | |
| 11.   - IShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | Buy (add'l) | 01/24/19 | J | | |
| 12. | | | | | Sold (part) | 08/30/19 | J | B | |
| 13. | | | | | Sold (part) | 11/22/19 | J | A | |
| 14.   - IShares Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | Buy (add'l) | 04/16/19 | J | | |
| 15. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 16. | | | | | Sold (part) | 08/30/19 | J | | |
| 17.   - MFS Value Fund (MEIIX) "Y" | | None | | | Sold | 01/24/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Metropolitan West Unconstrained Bond Fd (MWCIX) | A | Dividend | | | Sold | 03/04/19 | J | A | |
| 19.  - T Rowe Price Growth Stock Fd (PRGFX) | A | Dividend | K | T | Buy (add'l) | 01/24/19 | J | | |
| 20. | | | | | Sold (part) | 07/02/19 | J | C | |
| 21. | | | | | Sold (part) | 08/30/19 | J | B | |
| 22.  - T Rowe Price Summit Muni Fd (PRINX) | A | Dividend | J | T | Sold (part) | 04/03/19 | L | | |
| 23.  - T Rowe Price Value Fd (TRVLX) "Y" | | None | | | Sold | 01/24/19 | K | A | |
| 24.  - T Rowe Price Floating Rate Fd (PFFRX) | A | Dividend | | | Sold (part) | 03/04/19 | K | A | |
| 25. | | | | | Sold (part) | 03/15/19 | J | A | |
| 26. | | | | | Sold | 04/03/19 | J | | |
| 27.  - Vanguard Inter-Term Tax Exempt Fd (VWIUX) | C | Dividend | M | T | Buy (add'l) | 01/24/19 | J | | |
| 28. | | | | | Buy (add'l) | 03/05/19 | K | | |
| 29. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 30. | | | | | Sold (part) | 08/30/19 | K | A | |
| 31. | | | | | Sold (part) | 11/22/19 | J | A | |
| 32. | | | | | Sold (part) | 12/11/19 | J | A | |
| 33.  - Fidelity Government Money Market Fd (FMPXX) new ticker (FIGXX) "X" | A | Dividend | K | T | Buy (add'l) | 11/22/19 | K | | |
| 34.  - PNC Govt. Money Market #405 | A | Dividend | | | Sold | 09/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Baird Aggregate Bond Fd #72 (BAGIX) | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 36. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 37. | | | | | Sold (part) | 04/03/19 | J | | |
| 38.   - Dodge & Cox Income Fd #147 (DODIX) | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 39. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 40. | | | | | Sold (part) | 04/03/19 | J | | |
| 41.   - Vanguard Growth ETF (VUG) | A | Dividend | K | T | Sold (part) | 01/24/19 | J | B | |
| 42. | | | | | Sold (part) | 07/02/19 | K | D | |
| 43. | | | | | Sold (part) | 11/22/19 | J | A | |
| 44.   - Vanguard International Value Fd #46 (VTRIX) | A | Dividend | J | T | Buy (add'l) | 04/17/19 | J | | |
| 45.   - IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy (add'l) | 04/16/19 | J | | |
| 46. | | | | | Sold (part) | 08/30/19 | J | | |
| 47. | | | | | Sold (part) | 11/22/19 | J | A | |
| 48.   - IShares MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy (add'l) | 04/16/19 | J | | |
| 49. | | | | | Buy (add'l) | 07/03/19 | J | | |
| 50.   - WCM Focused Intl Growth -Fd (WCMIX) | A | Dividend | J | T | Buy (add'l) | 04/16/19 | J | | |
| 51.   - Edgewood Growth Fd (EGFIX) | A | Dividend | J | T | Buy (add'l) | 04/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cambiar Intl Equity Fd (CAMYX) | A | Dividend | J | T | | | | | |
| 53. - Lazard Global Listed Infrastructure Fd #1243 (GLIFX) | A | Dividend | J | T | Buy (add'l) | 04/16/19 | J | | |
| 54. | | | | | Sold (part) | 08/30/19 | J | | |
| 55. | | | | | Sold (part) | 11/22/19 | J | A | |
| 56. - Harbor Large Cap Value Fd (HAVLX) | A | Dividend | K | T | Buy (add'l) | 01/24/19 | K | | |
| 57. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 58. | | | | | Sold (part) | 08/30/19 | J | A | |
| 59. - Delaware Value Fund Class I (DDVIX) | A | Dividend | | | Buy | 01/24/19 | K | | |
| 60. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 61. | | | | | Merged (with line 62) | 04/18/19 | K | | |
| 62. - Delaware Value Fund - R6 (DDZRX) | A | Dividend | | | Buy | 04/18/19 | K | | |
| 63. | | | | | Sold (part) | 07/02/19 | K | B | |
| 64. | | | | | Sold | 07/23/19 | K | B | |
| 65. - Principal Mid Cap Fund - R6 (PMAQX) | A | Dividend | K | T | Buy | 04/16/19 | J | | |
| 66. | | | | | Buy (add'l) | 07/02/19 | K | | |
| 67. PNC Bank NA Deposit Sweep Money Market | A | Interest | J | T | Buy | 09/30/19 | J | | |
| 68. - Schwab US REIT ETF (SCHH) | A | Dividend | J | T | Buy | 07/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - Vanguard Value EFT (VTV) | A | Dividend | K | T | Buy | 07/23/19 | K | | |
| 70. | | | | | Sold<br>(part) | 11/22/19 | J | A | |
| 71.  - Vanguard FTSE Emerging Markets<br>(VWO) | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 73. | | | | | Sold<br>(part) | 08/30/19 | J | | |
| 74.  - Western Asset Core Plus Bond Fd<br>(WACPX) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 75.  - Wells Fargo Municipal Bond Fund<br>(WMBIX) | B | Dividend | L | T | Buy | 04/03/19 | L | | |
| 76. | | | | | Sold<br>(part) | 08/30/19 | J | A | |
| 77.  PNC RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 78.  - Artisan International Fd (APDIX) | | None | | | Sold | 06/27/19 | J | A | |
| 79.  - Baird Aggregate Bond Fd (BAGIX) | D | Dividend | M | T | Sold<br>(part) | 06/27/19 | K | A | |
| 80.  - Dodge & Cox International Fd (DODFX) | A | Dividend | K | T | | | | | |
| 81.  - Fidelity Money Market Fd (FMPXX) now<br>(FIGXX) | A | Dividend | J | T | | | | | |
| 82.  - Harding Loevner Internationsl (HLMIX) | A | Dividend | K | T | Sold<br>(part) | 09/06/19 | J | B | |
| 83.  - IShares MSCI EAFE Small Cap (SCZ) | A | Dividend | K | T | Buy<br>(add'l) | 06/27/19 | K | | |
| 84.  - IShares S&P Small Cap (IJS) | A | Dividend | L | T | Buy<br>(add'l) | 06/27/19 | K | | |
| 85.  - Metropolitan West Unconstrained Bond<br>(WMCIX) | A | Dividend | K | T | Buy<br>(add'l) | 09/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - T Rowe Price Growth Stock (PRGFX) | B | Dividend | L | T | Sold<br>(part) | 06/27/19 | K | D | |
| 87.  - T Rowe Price Mid Cap Value (TRMCX) | | None | | | Sold | 12/11/19 | K | D | |
| 88.  - T Rowe Price New Horizons (PRNHX) | C | Dividend | K | T | | | | | |
| 89.  - Vanguard FTSE Emerging (VWO) | A | Dividend | K | T | Buy<br>(add'l) | 06/27/19 | K | | |
| 90.  - Vanguard Intermediate Term Bond<br>(VFIDX) | D | Dividend | M | T | Sold<br>(part) | 06/27/19 | J | A | |
| 91.  - Virtus SEIX Floating Rate Income Fd<br>(SAMBX) | B | Dividend | K | T | | | | | |
| 92.  - Principal Mid Cap Fund (PCBIX) | | None | | | Merged<br>(with line 105) | 04/12/19 | K | | |
| 93.  - SPDR S&P 500 ETF (SPY) | C | Dividend | M | T | Sold<br>(part) | 06/27/19 | K | D | |
| 94.  - Vanguard International Value Fd (VTRIX) | A | Dividend | K | T | | | | | |
| 95.  - Vanguard Growth ETF (VUG) | A | Dividend | L | T | | | | | |
| 96.  - IShare MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 97.  - Dodge & Cox Income Fd #147 (DODIX) | D | Dividend | M | T | Sold<br>(part) | 06/27/19 | K | A | |
| 98.  - Delaware Value Fd (DDVIX) | A | Dividend | | | Merged<br>(with line 102) | 04/18/19 | L | | |
| 99.  - Lazard Global Listed Infrastructure Fd<br>#1243 (GLIFX) | B | Dividend | L | T | Sold<br>(part) | 06/27/19 | J | A | |
| 100.  - Harbor Large Cap Value Fd (HAVLX) | A | Dividend | M | T | Buy<br>(add'l) | 07/23/19 | K | | |
| 101.  - Vanguard Inflation Protected Securities Fd<br>#5119 (VAIPX) | A | Dividend | | | Sold | 06/27/19 | K | B | |
| 102.  - Delaware Value Fund - R6 (DDZRX) | A | Dividend | | | Buy | 04/18/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 104. | | | | | Sold | 07/23/19 | L | | |
| 105.    - Principal Mid Cap Value Fd - R6<br>(PMAQX) | B | Dividend | K | T | Buy | 04/12/19 | K | | |
| 106. | | | | | Sold<br>(part) | 06/27/19 | J | C | |
| 107.    - Nuance Mid Cap Value - Z (NMVZX) | C | Dividend | L | T | Buy | 12/11/19 | K | | |
| 108.    - Schwab US REIT (SCHH) | A | Dividend | K | T | Buy | 06/27/19 | K | | |
| 109.    - Touchstone Mid Cap Grow - Inst (TEGIX) | C | Dividend | K | T | Buy | 06/27/19 | K | | |
| 110.    - Vanguard Value ETF (VTV) | A | Dividend | L | T | Buy | 07/23/19 | L | | |
| 111.    - Western Asset Core Plus Bond Fd<br>(WACPX) | C | Dividend | L | T | Buy | 06/27/19 | L | | |
| 112.  Croation Fraternal Union Whole Life<br>Insurance Policy | A | Dividend | J | T | | | | | |
| 113.  Crown Life Insurance Guaranteed Universal<br>"W" | A | Interest | J | T | | | | | |
| 114.  Crown Life Insurance Guaranteed Universal<br>"H" | A | Interest | J | T | | | | | |
| 115. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baxter, Susan P.** | 09/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 17 - MEIIX value was overstated as "L" in prior report for 2018, It should have been "K" .

Line 23 - TRVLX value was overstated as "L" in prior report for 2018.   It should have been "K".

Line 33 - FMPXX ticker was changed to FIGXX

Lines 59, 62, 98 and 102  - DDVIX was a tax-free exchange into DDZRX for internal mutual fund expense purposes.

Lines 92 and 105 - PCBIX was a tax-free exchange into PMAQX for internal mutual fund expense purposes

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 09/16/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544